**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:26CR103** |
| | ) | |
| **GASPAR RAMIREZ-DIEGO** | ) | |

**ORDER**

Application for leave of absence has been requested by Lyle J. Burnham, II, Assistant United States Attorney, for October 13 ,2026, through October 29,2026, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is GRANTED.

So ORDERED this 11th day of September 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA